IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JAMES E. VANHUSS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARY HUTSON,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　　NO. 1:25-CV-00180-MJT-ZJH<br>§　　JUDGE MICHAEL J. TRUNCALE<br>§<br>§<br>§<br>§ |

## ORDER ACKNOWLEDGING DISMISSAL

Pending before the court is the Plaintiff James Vanhuss's *Notice of Voluntary Dismissal*. [Dkt. 8]. Under Rule 41, a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. FED. R. CIV. P. 41 (a)(1)(A)(i). Defendant Mary Hutson has not filed an answer or a motion for summary judgement in this case.

It is, therefore, ORDERED that the Plaintiff's *Notice of Voluntary Dismissal* [Dkt. 8] is ACCEPTED. Accordingly, the above case is DISMISSED WITHOUT PREJUDICE with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The Clerk of Court is directed to close the case and deny all pending motions as moot.

SIGNED this 26th day of May, 2025.

_____
Zack Hawthorn
United States Magistrate Judge